UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR SANTANA MEJIAS,

    Plaintiff(s)

    v.                                Civ. No. 98-2066(PG)

CHARLIE AUTO SALES, INC.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #14 - Unopposed Motion Requesting Continuance of status Conference | Granted. The Status Conference is re-set for December 8, 1999 at 8:30 A.M. |

Date: October 26, 1999.

                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge

10/27/99

s/c: González
     Rivero
     Pomo