UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR SANTANA MEJIAS,

    Plaintiff(s)

    v.                                  Civ. No. 98-2066 (PG)

CHARLIE AUTO SALES, INC.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #16 - Informative Motion Regarding Rescheduling of Status Conference and Motion Requesting Status be Held From December 14 through December 23, 1999 | Granted. The Status Conference is re-set for December 23, 1999 at 9:00 A.M. |

Date: December 1, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge