UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 11 PM 2:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HECTOR SANTANA MEJIAS,

    Plaintiff,

    v.                                 Civ. No. 98-2066(PG)

CHARLIE AUTO SALES, INC.,

    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #19 - Motion Requesting Extension Of Time To File Dispositive Motions. | Granted as Requested |

Date: _____ April 10 _____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge