UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANTANA-MEJIAS

Plaintiff(s)

v.    CIVIL NUMBER: 98-2066 (JAG)

CHARLIE AUTO SALES

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Request Order to Submit Additional Interrogatories Pursuant to FRCP 26 (by Plff, 04/09/00); Motion to Request Leave to Exceed the Number of Interrogatories to be Served on Plaintiff (by Dft, 04/28/00)<br>**Docket(s):** 7, 10<br>[ ] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED.** |

Date: October 18, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge