UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SANTANA-MEJIAS

Plaintiff(s)

v.  CIVIL NUMBER: 98-2066 (JAG)

CHARLIE AUTO SALES

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 08/08/00<br>**Title:** Motion for Setting of Pretrial Conference<br>**Docket(s)**: 22<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | The Court has scheduled a status conference in this case for November 9, 2000 at 4:00 p.m. |

Date:  October 20, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge


CDpty.
10/27/00