UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: NOVEMBER 9, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**         **CASE NO. CIVIL 98-2066 (JAG)**

===================================================================

HECTOR MEJIAS
SANTANA                                    Attorneys:
                                           For Plantiff:
       V

                                           For Defendant:
CHARLIE AUTO SALES
INC
===================================================================

   Case called for status conference. Attorney for defendant indicates to the Court that his client will be filing bankruptcy proceedings at the beginning of December.

   Court sets a **pretrial conference for January 24, 2001 and jury trial for January 29, 2001 at 9:30 AM.**

   Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy

S/c Jury Clerk



(25)