# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'01 JAN 26 AM 10 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HECTOR SANTANA-MEJIAS

   **Plaintiff(s)**

   v.                       **CIVIL NUMBER: 98-2066 (JAG)**

CHARLIE AUTO SALES

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/09/01<br>**Title:** Informative Motion Announcing the Filing of the Petition in Bankruptcy Under Chapter 11 and of Automatic Stay of Suits<br>**Docket(s):** 27<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | The case is stayed effective immediately pending the outcome of bankruptcy proceedings. |

Date: January 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

