UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR SANTANA-MEJIAS

Plaintiff(s)

v.   CIVIL NO. 98-2066 (JAG)

CHARLIE AUTO SALES

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 04/26/99<br>**Title**: Motion with Memo in Support for Summary Judgment<br>**Docket(s)**: 8<br><br>[ ] Plff(s)   [X] Dft(s)   [ ] Other | The motion is **denied** without prejudice, and may be resubmitted at the conclusion of bankruptcy proceedings. The parties shall jointly submit a report to the Court, by April 10, 2002, on the status of this case. |

Date: April 1, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge