IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR SANTANA-MEJIAS

    Plaintiff(s)

    v.                               CIVIL NO. 98-2066 (JAG)

CHARLIE AUTO SALES

    Defendant(s)

---

### ORDER

On April 1, 2002, the Court ordered the parties to report on the status of this case by April 10, 2002 (Docket No. 29). As of today, they have failed to do so. The parties are given until May 17, 2002 to comply with the Court's Order. Otherwise, the Court shall dismiss this matter.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of May 2002.

JAY A. GARCIA-GREGORY
United States District Judge


