# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HECTOR SANTANA-MEJIAS

    Plaintiff(s)

    v.                            CIVIL NO. 98-2066 (JAG)

CHARLIE AUTO SALES

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 05/20/02<br>**Title:** Motion Complying with Order<br>**Docket(s):** 31<br><br>[X] **Plff(s)**  [ ] **Dft(s)**  [ ] Other | This action is stayed pending resolution of the Bankruptcy proceedings as informed in plaintiff's Motion in Compliance with Order. |

Date: June 19, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge